1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUAD/GRAPHICS, INC.,<br><br>　　　　　Defendant,<br>_____<br>QUAD/GRAPHICS, INC.,<br><br>　　Plaintiff, Counter-Defendant,<br><br>　　v.<br><br>GCIU-EMPLOYER RETIREMENT FUND<br><br>　　Defendant, Counter-Plaintiff. | Case No. 16-CV-03391-ODW-AFM [Consolidated Case No. 16-CV-03418-ODW-KS]<br><br>Honorable Otis D. Wright II<br><br>**[PROPOSED] ORDER ON DEFENDANT QUAD/GRAPHICS, INC.'S EVIDENTIARY OBJECTIONS TO SECOND DECLARATION OF DAVID VAS SUBMITTED IN SUPPORT OF PLAINTIFF'S REPLY RE: PREJUDGMENT AND POST JUDGMENT INTEREST**<br><br>Date: July 24, 2017<br>Time: 1:30 p.m.<br>Dept.: Courtroom 5D, 5th Floor |

[PROPOSED] ORDER ON DEFENDANT QUAD/GRAPHICS, INC.'S EVIDENTIARY OBJECTIONS TO SECOND VAS DECLARATION SUBMITTED IN SUPPORT OF PLAINTIFF'S REPLY RE: PREJUDGMENT AND POST JUDGMENT INTEREST

39759563v.1

# [PROPOSED] ORDER

As to Defendant Quad/Graphics, Inc.'s Evidentiary Objections to the Declaration of David Vas (Dkt. 63-1) submitted in support of Plaintiff GCIU-Employer Retirement Fund's ("ERF") Motion for Prejudgment and Post Judgment Interest, the Court rules as follows:

## I. EVIDENTIARY OBJECTIONS TO THE DECLARATION OF DAVID VAS

### Objection No. 1

**Dkt. 63-1, ¶ 3, 2:11-13**

> I have reviewed the records of the Fund for the purposes of providing the monthly return on investments for each month beginning May 1, 2016 through April 1, 2017.

Objection:   Hearsay (Fed. R. Evid. 802); not the best evidence of the stated fact (Fed. R. Evid. 1002).

Court's Ruling on Objection:

    Sustained     **X**          Overruled _____

### Objection No. 2

**Dkt. 63-1, ¶4, 2:18-21; Attachment, pp.4-14**

> Attached to his [sic] declaration are true and correct copies of the pertinent pages of the quarterly reports generated for the Trustee's use in the ordinary course of business covering May 2016 to April, 2017. These are the pages used by me in preparing the chart in my earlier declaration and reaching the monthly investment returns to the Fund. The attached reports have a column showing the returns for each reported quarter labeled "3 Mo(%)." This is the rate of return for each identified investment for the particular quarter. There are between 20 and 22 separate investments in each quarter. Over the time frame referenced, this is an average of 21 separate investments for each of 5 quarters, or 105 lines of data.

Objection:   Hearsay (Fed. R. Evid. 802); lacks foundation (Fed. R. Evid. 602); not the best evidence of the stated fact (Fed. R. Evid. 1002). *See Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 913, n.13 (1990) (declining to consider untimely filed supplemental affidavits in support of moving papers); *Provenz v. Miller,* 102 F.3d 1478, 1483 (9th Cir.

1

[PROPOSED] ORDER ON DEFENDANT QUAD/GRAPHICS, INC.'S EVIDENTIARY OBJECTIONS TO SECOND VAS DECLARATION SUBMITTED IN SUPPORT OF PLAINTIFF'S REPLY RE: PREJUDGMENT AND POST JUDGMENT INTEREST

39759563v.1

1996) (holding that where new evidence is presented in a reply to a motion, the court should not consider the new evidence without giving the non-movant an opportunity to respond) (internal quotations and citations omitted); *Crowder v. Blue Cross of California*, No. CV 14-04747 MMM CWX, 2014 WL 8397146, at *2 (C.D. Cal. Oct. 23, 2014) ("It is improper for the moving party to 'shift gears' and introduce new facts or different legal arguments in the reply brief than [those that were] presented in the moving papers.") (quoting William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe, Federal Civil Procedure Before Trial, § 12:107 (The Rutter Group 2005)).

Court's Ruling on Objection:

**Sustained      X              Overruled _____**

**Objection No. 3**

**Dkt. 63-1, ¶ 5, 3:1-6**

> In preparing my previous chart, we used the attached data as the starting point and best estimate available at the time of print. We then updated the returns as they became available. The compounding of the monthly returns in my previous filing results in very minor positive differences compared to the applicable "3 Mo(%")  column in the attached data for reasons mention in item 4 of the previous filing.

Objection:   Hearsay (Fed. R. Evid. 802); lacks foundation (Fed. R. Evid. 602); not the best evidence of the stated fact (Fed. R. Evid. 1002). *See Lujan*, 497 U.S. at 913, n.13 (declining to consider untimely filed supplemental affidavits in support of moving papers); *Provenz,* 102 F.3d at 1483 (holding that where new evidence is presented in a reply to a motion, the court should not consider the new evidence without giving the non-movant an opportunity to respond) (internal quotations and citations omitted); *Crowder*, 2014 WL 8397146, at *2 ("It is improper for the moving party to 'shift gears' and introduce new facts or different legal arguments in the reply brief than [those that were] presented in the moving papers.") (quoting William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe, Federal Civil Procedure Before Trial, § 12:107 (The Rutter Group 2005)).

[PROPOSED] ORDER ON DEFENDANT QUAD/GRAPHICS, INC.'S EVIDENTIARY OBJECTIONS TO SECOND VAS DECLARATION SUBMITTED IN SUPPORT OF PLAINTIFF'S REPLY RE: PREJUDGMENT AND POST JUDGMENT INTEREST

39759563v.1

<u>Court's Ruling on Objection:</u>

**Sustained**     X     **Overruled** _____

IT IS SO ORDERED.

DATED: July \_\_\_, 2017

_____
HONORABLE OTIS D. WRIGHT II
United States District Judge
U.S. District Court
for the Central District of California

3

[PROPOSED] ORDER ON DEFENDANT QUAD/GRAPHICS, INC.'S EVIDENTIARY OBJECTIONS TO SECOND VAS DECLARATION SUBMITTED IN SUPPORT OF PLAINTIFF'S REPLY RE: PREJUDGMENT AND POST JUDGMENT INTEREST

39759563v.1